IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2017 AUG 15 P 12:06
US DISTRICT COURT
BRIDGEPORT CT

---

CHINA PETROCHEMICAL DEVELOPMENT
CORPORATION,

Applicant,

IN RE EX PARTE APPLICATION OF CHINA
PETROCHEMICAL DEVELOPMENT
CORPORATION FOR AN ORDER PURSUANT
TO 28 U.S.C. §1782 TO CONDUCT DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS

Misc. Case No. _____

August 15, 2017

---

## RULE 7.1 DISCLOSURE STATEMENT OF
## APPLICANT CHINA PETROCHEMICAL DEVELOPMENT CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, China Petrochemical Development Corporation ("CPDC"), through its attorneys, states as follows:

CPDC is a corporation organized and existing under the laws of Taiwan, R.O.C. with its principal place of business at 8-11F, No. 12 Tunghsing Road, Taipei, Taiwan, R.O.C. CPDC is publicly held and traded on the Taiwan Stock Exchange. CPDC has no parent corporation.

Dated: August 15, 2017

Respectfully submitted,

[signature]

Leonard M. Braman (ct30091)
Steven M. Frederick (ct08743)
lbraman@wrkk.com
sfrederick@wrkk.com
**WOFSEY, ROSEN, KWESKIN & KURIANSKY, LLP**
600 Summer Street
Stamford, CT 06901
Telephone: 203.327.2300
Facsimile: 203.967.9273

– and –

/s/ Andreas A. Frischknecht
Peter R. Chaffetz*
Andreas A. Frischknecht*
Erin E. Valentine*
p.chaffetz@chaffetzlindsey.com
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com
**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: 212.257.6960
Facsimile: 212.257.6950

* *Pro Hac Vice Motion to Be Filed*

– and –

_/s/ Chris Chen_
Chris Chen*
chrischen@lcs.com.tw
**LCS & PARTNERS**
5F., No.8, Sec. 5, Sinyi Rd. (Shinkong Manhattan Building)
Taipei City 110
Taiwan (R.O.C.)
Telephone: (+) 886-2-2729-8000 ext. 7268
Facsimile: (+) 886-2-2722-6677

*Admitted in Illinois / Pro Hac Vice Motion to Be Filed*

*Attorneys for Ex Parte Applicant China Petrochemical Development Corporation*